

# Case Assignment
# Standard Civil Assignment

Case number **3:25CV-150-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 3/17/2025 9:25:15 AM
Transaction ID: 108627

Request New Judge     Return