## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE   DIVISION

MARSHALL MCCLAIN

-vs-                                                                  Case No.: 3:25-cv-00150-DJH

FIRSTSOURCE SOLUTIONS USA, LLC

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Andrew Roman Perrong, is permitted to argue or try this case in whole or in part as counsel for Marshall McClain. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.