## UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| **MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**FIRSTSOURCE SOLUTIONS USA, LLC; MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP**<br><br>*Defendant* | Civil Action No. 3:25-CV-150-DJH |

### AFFIDAVIT OF SERVICE

I, Brian Wright, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to FIRSTSOURCE SOLUTIONS USA, LLC in Franklin County, KY on March 18, 2025 at 10:59 am at 421 West Main Street, Frankfort, KY 40601 by leaving the following documents with Linda Smith who as Office Manager is authorized by appointment or by law to receive service of process for FIRSTSOURCE SOLUTIONS USA, LLC.

Complaint

White Female, est. age 45-54, glasses: Y, Brown hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.1993619817,-84.879737387
Photograph: See Exhibit 1


Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>   Fayette County   </u>, <u>   KY   </u> on <u>   3/18/2025   </u>. | /s/ *Brian Wright* <br> Signature <br> Brian Wright <br> +1 (859) 699-8183 |



Exhibit 1a)