# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| **MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**FIRSTSOURCE SOLUTIONS USA, LLC; MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:25-cv-00150-DJH<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, J Lee Vause Jr, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP in Leon County, FL on March 18, 2025 at 10:54 am at 1201 Hays Street, Tallahassee, FL 32301 by leaving the following documents with Alice Maddox who as Authorized to accept service at Corporation Service Company is authorized by appointment or by law to receive service of process for MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP.

Complaint

Black or African American Female, est. age 25-34, glasses: N, Black hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=30.4425866,-84.2627528
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Leon County   ,
   FL    on    3/18/2025   .

/s/ *J Lee Vause Jr*
Signature
J Lee Vause Jr
+1 (850) 510-2797



Exhibit 1a)