# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **MARSHALL McCLAIN, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>    Plaintiff,<br><br>v.<br><br>**FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP,**<br><br>    Defendants. | **Case No. 3:25-cv-00150-DJH** |

## AGREED ORDER FOR EXTENSION OF
## TIME TO RESPOND TO COMPLAINT

The parties, through their undersigned counsel, have agreed to an extension of Defendant Firstsource Solutions USA, LLC's deadline to respond to the Complaint. The Court being otherwise sufficiently advised, it is hereby ORDERED that Defendant Firstsource Solutions USA, LLC shall have up to and including April 29, 2025 to answer or otherwise respond to the Complaint.

HAVE SEEN AND AGREED:

| | |
|---|---|
| /s/ Andrew Roman Perrong (w/ permission) | /s/ Casey L. Hinkle |
| Andrew Roman Perrong<br>PERRONG LAW LLC<br>2657 Mount Carmel Avenue<br>Glenside, Pennsylvania 19038<br>Phone: 215-225-5529 (CALL-LAW)<br>a@perronglaw.com | Casey L. Hinkle<br>KAPLAN JOHNSON ABATE & BIRD LLP<br>710 W. Main Street, 4th Floor<br>Louisville, KY 40202<br>(502)-416-1630<br>chinkle@kaplanjohnsonlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Firstsource Solutions USA, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, the foregoing was filed via the Court's electronic filing system, which will automatically send notice of such filing to all counsel of record.

/s/ Casey L. Hinkle
*Counsel for Defendant Firstsource Solutions USA, LLC*