WDKy    (Rev. 12/22) Corporate Disclosure Statement

# THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF KENTUCKY
# at LOUISVILLE

Plaintiff: __Marshall McClain__

v.

Defendant: __FirstSource Solutions USA, LLC and Manatee Memorial Hospital, Limited Partnership__

Case No: __3:25-CV-150-DJH__

\* \* \* \* \*

## CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of __Manatee Memorial Hospital, L.P.__ in compliance with the provisions of: (*check one*)

[✔]   Rule 7.1(a)(1), Federal Rules of Civil Procedure, which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ]   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, which provides that any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ]   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, which provides that if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party, or intervenor, hereby declares as follows:**

[ ]   The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

[✔]   The party/intervenor has the following parent corporation(s): (Attach additional pages if needed.)

| Parent | Relationship | Clarification |
|---|---|---|
| Wellington Regional Medical Center, LLC; UHS of Pennsylvania, Inc. | Relationship | Parent Corporations (additional clarification below) |
| Universal Health Services, Inc. | Relationship | Ultimate Parent Corporation (additional clarification below) |

WDKy   (Rev. 12/22) Corporate Disclosure Statement

☐ The following publicly held corporation(s) own 10% or more of the party's stock: (Attach additional pages if needed.)

_____ Relationship _____.

_____ Relationship _____.

☑ Other (please explain)

Defendant Manatee Memorial Hospital, L.P. is a direct subsidiary of Wellington Regional Medical Center, LLC and UHS of Pennsylvania, Inc. Wellington Regional Medical Center, LLC is a direct subsidiary of UHS of Delaware, Inc. UHS of Delaware, Inc. and UHS of Pennsylvania, Inc. are subsidiaries of Universal Health Services, Inc., a publicly traded corporation on the New York Stock Exchange. No publicly-traded company owns 10% or more of Universal Health Services, Inc. stock.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

04/04/2025  
Date

/s/ Natalie L. Whitt  
Signature

Counsel for: Manatee Memorial Hospital, L.P.