UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated<br><br>      Plaintiff,<br><br>v.<br><br>FIRSTSOURCE SOLUTIONS USA, LLC, and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:25-cv-150-DJH<br>)<br>) |

### ORDER ON MANATEE MEMORIAL HOSPITAL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

  This matter having come before the Court on the Unopposed Motion of Defendant Manatee Memorial Hospital for an Extension of Time to File a Response to the Plaintiff's Complaint, until and including April 29, 2025, and

  The Court being sufficiently advised, **IT IS HEREBY ORDERED** that Manatee's Motion is **GRANTED**, and Manatee shall file a response to Plaintiff's Complaint on or before April 29, 2025.

April 9, 2025

                                    **David J. Hale, Judge**
                                    **United States District Court**