UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARSHALL McCLAIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP,<br><br>                Defendants. | Case No. 3:25-cv-00150-DJH |

**AGREED ORDER FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT**

The parties, through their undersigned counsel, have agreed to an extension of Defendant Firstsource Solutions USA, LLC's deadline to respond to the Complaint. The Court being otherwise sufficiently advised, it is hereby ORDERED that Defendant Firstsource Solutions USA, LLC shall have up to and including April 29, 2025 to answer or otherwise respond to the Complaint.

April 9, 2025

                                                                **David J. Hale, Judge
United States District Court**

HAVE SEEN AND AGREED:

/s/ Andrew Roman Perrong (w/ permission)　　/s/ Casey L. Hinkle

Andrew Roman Perrong
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
a@perronglaw.com

*Counsel for Plaintiff*

Casey L. Hinkle
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
(502)-416-1630
chinkle@kaplanjohnsonlaw.com

*Counsel for Defendant Firstsource Solutions USA, LLC*