UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FIRSTSOURCE SOLUTIONS USA, LLC, and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP<br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:25-cv-150-DJH<br>)<br>) |

**DEFENDANT MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP'S <u>UNOPPOSED</u> MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO FILE A RESPONSE TO THE COMPLAINT**

Defendant Manatee Memorial Hospital, Limited Partnership ("Manatee"), by and through its undersigned counsel, hereby files this Unopposed Motion for an Additional Extension of Time to File a Response to the Plaintiff Marshall McClain's ("Mr. McClain") Complaint [DN 1], until and including May 9, 2025. As grounds therefore, Manatee states as follows:

1.　The original deadline for Manatee's Response to Mr. McClain's Complaint was April 8, 2025.

2.　On April 2, 2025, Manatee filed its Unopposed Motion for an Extension of Time to Respond to the Complaint until and including April 29, 2025, and the Court granted the same. *See* [DN 8, 11].

3.　Since obtaining the original extension, undersigned counsel contacted Mr. McClain's counsel to discuss the possibility of an additional ten-day (10) extension of time for Manatee to respond to the Complaint.

1

4.     Manatee desires an additional extension of time because of its primary counsel's busy schedule and the need to further evaluate the underlying facts of the case, Plaintiff's legal claims and Manatee's defenses, and in an effort to try and proactively resolve this case in order to preserve both litigation and judicial resources, if possible. As such, Manatee desires an additional extension of time so that it may evaluate a potential resolution and prepare an appropriate response to the Complaint if the parties cannot resolve their dispute before May 9, 2025.

5.     Mr. McClain's counsel advised that he consented to and has no objection to an additional 10-day (10) extension of time for Manatee to file a Response to Mr. McClain's Complaint up to and including May 9, 2025.

6.     This additional extension will not and does not prejudice the parties or otherwise interfere with any dates set by the Court.

WHEREFORE, Manatee respectfully requests that this Court grant its Unopposed Motion for an Additional Extension of Time to serve a Response to Mr. McClain's Complaint until and including May 9, 2025. A tendered Order is submitted herewith.

Respectfully submitted,

/s/ *Natalie L. Whitt*
Joseph N. Tucker
Natalie L. Whitt
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300 (Phone)
(502) 585-2207 (Fax)
joseph.tucker@dinsmore.com
Natalie.whitt@dinsmore.com
*Counsel for the Defendant Manatee Memorial Hospital, Limited Partnership*

## CERTIFICATE OF SERVICE

It is hereby certified that I electronically filed the foregoing via the CM/ECF System on April 25, 2025, which will automatically send notification of such filing and service of said document to all parties through their counsel of record.

/s/ *Natalie L. Whitt*
*Counsel for the Defendant Manatee Memorial Hospital, Limited Partnership*