WDKy   (Rev. 12/22) Corporate Disclosure Statement

# THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF KENTUCKY
### at _____

Plaintiff: _____

v.                                                                                      Case No:_____

Defendant: _____

\* \* \* \* \*

## CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of _____ in compliance with the provisions of: (*check one*)

\_\_\_\_\_   Rule 7.1(a)(1), Federal Rules of Civil Procedure, which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_\_   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, which provides that any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_\_   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, which provides that if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party, or intervenor, hereby declares as follows:**

\_\_\_\_\_   The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

\_\_\_\_\_   The party/intervenor has the following parent corporation(s): (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

WDKy    (Rev. 12/22) Corporate Disclosure Statement

_____ The following publicly held corporation(s) own 10% or more of the party's stock: (Attach additional pages if needed.)

_____ Relationship _____.

_____ Relationship _____.

_____ Other(please explain)

Firstsource Solutions USA, LLC is a fourth-tier subsidiary of Firstsource Solutions LTD, a publicly-traded Indian entity. Firstsource Solutions USA, LLC's corporate parents in the United States are not publicly traded.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

| April 29, 2025 | /s/ Casey L. Hinkle |
|---|---|
| Date | Signature |
| | Counsel for: Firstsource Solutions USA, LLC |