# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **MARSHALL MCCLAIN**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       **Plaintiff,**<br><br>v.<br><br>**FIRSTSOURCE SOLUTIONS USA, LLC** and **MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP,**<br><br>       **Defendants.** | Case No. 3:25-cv-00150-DJH |

## NOTICE OF FILING PROPOSED ORDER GRANTING DEFENDANT FIRSTSOURCE SOLUTIONS USA, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Please take notice that Defendant Firstsource Solutions USA, LLC respectfully submits the attached proposed order, granting its motion to dismiss (DN 14) the putative class action complaint filed by Plaintiff Marshall McClain.

Dated: April 30, 2025

                   Respectfully submitted,

                   /s/ Casey L. Hinkle
                   Casey L. Hinkle
                   KAPLAN JOHNSON ABATE & BIRD LLP
                   710 W. Main St., 4th Fl.
                   Louisville, KY 40202
                   Tel: (502) 416-1630
                   Email: chinkle@kaplanjohnsonlaw.com

                   *Counsel for Defendant Firstsource Solutions USA, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 30, 2025, the foregoing was filed via the Court's electronic filing system, which will automatically send notice of such filing to all counsel of record.

/s/ Casey L. Hinkle
*Counsel for Defendant Firstsource Solutions USA, LLC*