UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP,**<br><br>**Defendants.** | **Case No. 3:25-cv-00150-DJH** |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

Defendant Firstsource Solutions USA, LLC ("Firstsource") has filed a motion to dismiss the Complaint for failure to state a claim. The Court, having reviewed the submissions of the parties and being otherwise sufficiently advised, hereby GRANTS Firstsource's motion and dismisses Plaintiff's Complaint against Firstsource WITH PREJUDICE.

Tendered by:

/s/ Casey L. Hinkle
Casey L. Hinkle
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main St., 4th Fl.
Louisville, KY 40202
Tel:    (502) 416-1630
Email:  chinkle@kaplanjohnsonlaw.com

*Counsel for Defendant Firstsource Solutions USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, the foregoing was filed via the Court's electronic filing system, which will automatically send notice of such filing to all counsel of record.

/s/ Casey L. Hinkle
*Counsel for Defendant Firstsource Solutions USA, LLC*