UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>FIRSTSOURCE SOLUTIONS USA, LLC, and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:25-cv-150-DJH<br>)<br>) |

**ORDER ON DEFENDANT MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP'S UNOPPOSED MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO FILE A RESPONSE TO THE PLAINTIFF'S COMPLAINT**

　　　This matter having come before the Court on the Unopposed Motion of Defendant Manatee Memorial Hospital, Limited Partnership ("Manatee") for an Additional Extension of Time to File a Response to the Plaintiff Marshall McClain's ("Mr. McClain") Complaint until and including May 9, 2025, and the Court being sufficiently advised, **IT IS HEREBY ORDERED** that Manatee's Unopposed Motion for an Additional Extension of Time is **GRANTED**, and Manatee is granted an additional extension of time to file a Response to Mr. McClain's Complaint until and including May 9, 2025.

May 1, 2025

**David J. Hale, Judge**
**United States District Court**