IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP<br><br>Defendants. | Case No. 3:25-cv-00150 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The Plaintiff, Marshall McClain, with the consent of Defendant FirstSource Solutions USA, LLC respectfully requests that he receive an extension of time to May 27, 2025 in order to oppose Defendant's Motion to Dismiss (ECF No. 14). This additional time is required to address all of the arguments made in the motion as well as due to the press of existing prior business and obligations.

Dated: May 4, 2025

Plaintiff,
By Counsel

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff and Proposed Class*

2

## CERTIFICATE OF SERVICE

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this May 4, 2025.

                                                 */s/ Andrew Roman Perrong*
                                                 Andrew Roman Perrong, Esq.