**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff<br><br>vs.<br><br>FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP<br><br>       Defendants. | Case No. 3:25-cv-00150 |

**[PROPOSED ORDER GRANTING]
UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter having come before the Court on the Unopposed Motion of Plaintiff Marshall McClain ("McClain") for an Extension of Time to File a Response to the Defendant FirstSource Solutions USA, LLS's ("FirstSource") Motion to Dismiss until and including May 27, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that McClain's Unopposed Motion for an Extension of Time is GRANTED, and McClain is granted an additional extension of time to file a Response to FirstSource's Motion to Dismiss until and including May 27, 2025.

      DATED this _____.

                                                      _____

                                                                                            J.

2