## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| MARSHALL MCCLAIN, ) | |
|            Plaintiff, ) | |
| v. ) | Civil Action No.: 3:25-cv-150-DJH |
| ) | |
| FIRSTSOURCE SOLUTIONS USA, LLC ) | |
| and MANATEE MEMORIAL HOSPITAL, ) | |
| LIMITED PARTNERSHIP ) | |
| ) | |
|            Defendants. ) | |

### ORDER DISMISSING THE COMPLAINT WITH PREJUDICE

Defendant, Manatee Memorial Hospital, Limited Partnership ("Manatee") has moved the Court to dismiss the Plaintiff Marshall McClain's ("Mr. McClain") Complaint under Fed. R. Civ. P. 12(b)(6). It appearing to the Court, as evidenced by the Complaint and the arguments in the briefs, that the claims against Manatee should be dismissed with prejudice,

**IT IS HEREBY ORDERED**, that all of Mr. McClain's claims asserted in this litigation against Manatee are hereby **DISMISSED WITH PREJUDICE**.