# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **MARSHALL McCLAIN, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP,**<br><br>**Defendants.** | **Case No. 3:25-cv-00150-DJH** |

## AGREED ORDER FOR EXTENSION OF
## TIME TO RESPOND TO AMENDED COMPLAINT

The parties, through their undersigned counsel, have agreed to an extension of Defendant Firstsource Solutions USA, LLC's deadline to respond to the First Amended Complaint [Dkt. 22] filed on May 23, 2025. The Court being otherwise sufficiently advised, it is hereby ORDERED that Defendant Firstsource Solutions USA, LLC shall have up to and including June 20, 2025 to answer or otherwise respond to the First Amended Complaint.

HAVE SEEN AND AGREED:

/s/ Andrew R. Perrong (with permission)        /s/ Casey L. Hinkle

Andrew Roman Perrong                            Casey L. Hinkle
PERRONG LAW LLC                                 KAPLAN JOHNSON ABATE & BIRD LLP
2657 Mount Carmel Avenue                        710 W. Main Street, 4th Floor
Glenside, Pennsylvania 19038                    Louisville, KY 40202
Phone: 215-225-5529 (CALL-LAW)                  (502)-416-1630
a@perronglaw.com                                chinkle@kaplanjohnsonlaw.com

*Counsel for Plaintiff*                         *Counsel for Defendant Firstsource Solutions USA, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2025, the foregoing was filed via the Court's electronic filing system, which will automatically send notice of such filing to all counsel of record.

/s/ Casey L. Hinkle
*Counsel for Defendant Firstsource Solutions USA, LLC*

2