# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| **MARSHALL McCLAIN, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP,**<br><br>        **Defendants.** | **Case No. 3:25-cv-00150-DJH** |

## AGREED ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

The parties, through their undersigned counsel, have agreed to an extension of Defendant Firstsource Solutions USA, LLC's deadline to respond to the First Amended Complaint [Dkt. 22] filed on May 23, 2025. The Court being otherwise sufficiently advised, it is hereby ORDERED that Defendant Firstsource Solutions USA, LLC shall have up to and including June 20, 2025 to answer or otherwise respond to the First Amended Complaint.

June 3, 2025


**David J. Hale, Judge**
**United States District Court**

HAVE SEEN AND AGREED:

/s/ Andrew R. Perrong (with permission)          /s/ Casey L. Hinkle

Andrew Roman Perrong                              Casey L. Hinkle
PERRONG LAW LLC                                   KAPLAN JOHNSON ABATE & BIRD LLP
2657 Mount Carmel Avenue                          710 W. Main Street, 4th Floor
Glenside, Pennsylvania 19038                      Louisville, KY 40202
Phone: 215-225-5529 (CALL-LAW)                    (502)-416-1630
a@perronglaw.com                                  chinkle@kaplanjohnsonlaw.com

*Counsel for Plaintiff*                           *Counsel for Defendant Firstsource
                                                  Solutions USA, LLC*