UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated<br>      Plaintiff,<br><br>v.<br><br>FIRSTSOURCE SOLUTIONS USA, LLC, and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:25-cv-150-DJH<br>)<br>) |

**PROPOSED ORDER ON DEFENDANT MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP'S <u>UNOPPOSED</u> MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE PLAINTIFF'S AMENDED COMPLAINT**

   This matter having come before the Court on the Unopposed Motion of Defendant Manatee Memorial Hospital, Limited Partnership ("Manatee") for an Extension of Time to File a Response to the Plaintiff Marshall McClain's ("Mr. McClain") Amended Complaint until and including June 25, 2025, and the Court being sufficiently advised, **IT IS HEREBY ORDERED** that Manatee's Unopposed Motion for an Extension of Time is **GRANTED**, and Manatee is granted an extension of time to file a Response to Mr. McClain's Amended Complaint until and including June 25, 2025.

This \_\_\_\_ day of June 2025.