# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

MARSHALL MCCLAIN

-vs-     Case No.: 3:25-cv-00150-DJH

FIRSTSOURCE SOLUTIONS USA, LLC, ET AL

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now A. PAUL HEERINGA, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent FIRSTSOURCE SOLUTIONS USA, LLC in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) MANATT, PHELPS & PHILLIPS, LLP

   with offices at

   Mailing address: 151 N. FRANKLIN STREET, SUITE 2600

   City, State, Zip Code: CHICAGO, IL 60606

   Telephone: 312-529-6300

   E-Mail: pheeringa@manatt.com

2. Applicant is admitted to practice, currently in active status, and in good standing as an attorney in the following United States courts **OR** the highest court of the following states:

| U.S. Court/State: | Admission Date: | Bar No.: |
|---|---|---|
| See attached admissions list | | |
| | | |
| | | |
| | | |
| | | |

3. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority. Please explain.

_____

_____

4. Applicant consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and acknowledges having reviewed General Order 23-11 of the Western District of Kentucky and agrees to pay all required renewal fees.

5. I have completed training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course **OR** ☐ on-line tutorial authorized class room training **OR** ☑ other method Please explain:
   I have used the PACER system for nearly 20 years, have taken several training courses offered in multiple federal districts. I am well versed in the filing procedures.

6. Applicant tenders with this Motion the following:

   ☑ The required *pro hac vice* motion fee of $150.00

Wherefore, Applicant prays that this Court enter an order permitting the admission of
A. Paul Heeringa to the Western District of Kentucky *pro hac vice* for this case only.

_____
[Signature of Atty to be admitted - Hand Signed]

If filed by an attorney other than the applicant, please complete the section below

_____
Signature

710 W. Main St., 4th Fl.
_____
Mailing Address

Louisville, KY
_____
City/State

40202
_____
Zipcode

(502) 416-1630
_____
Telephone

chinkle@kaplanjohnsonlaw.com
_____
Email

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

**List of Court/Bar Admissions for A. Paul Heeringa Esq. of Manatt, Phelps & Phillips LLP**

Current as of June 18, 2025

*No additional attorney ID number, unless noted.  All admissions in good standing.*

- Illinois State (5/4/2006) – Bar ID # 6288233
- N.D. Illinois Federal (11/22/2006)
- E.D. Texas Federal (12/30/2011)
- S.D. Indiana Federal (1/9/2018)
- D. New Mexico Federal (8/1/2019)
- D. Nebraska Federal (12/1/2020)
- W.D. Michigan Federal (4/4/2021)
- E.D. Michigan Federal (1/18/2022)
- N.D. Indiana Federal (1/19/2022)
- W.D. Wisconsin Federal (6/1/2023)
- E.D. Missouri Federal (9/26/2023) – Court Bar No. 6288233IL
- D. Colorado Federal (11/15/2024)

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
<u>    LOUISVILLE    </u>**DIVISION**

<u> MARSHALL MCCLAIN                </u>

-vs-                                                            Case No.: <u>3:25-cv-00150-DJH            </u>

<u>FIRSTSOURCE SOLUTIONS USA, LLC, ET AL</u>

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, <u> A. PAUL HEERINGA   </u>, is permitted to argue or try this case in whole or in part as counsel for <u> FIRSTSOURCE SOLUTIONS USA, LLC                                          </u>. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.