**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP,**<br><br>　　　　　　　　　　**Defendants.** | Case No. 3:25-cv-00150-DJH |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

　　Defendant Firstsource Solutions USA, LLC ("Firstsource") has filed a motion to dismiss the First Amended Complaint for failure to state a claim. The Court, having reviewed the submissions of the parties and being otherwise sufficiently advised, hereby GRANTS Firstsource's motion and dismisses Plaintiff's First Amended Complaint against Firstsource WITH PREJUDICE.

Tendered by:

By: /s/Casey L. Hinkle
Casey L. Hinkle
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Fl.
Louisville, KY 40202
Tel:   (502) 416-1630
Email: chinkle@kaplanjohnsonlaw.com

A. Paul Heeringa (*PHV* application pending)
**Manatt, Phelps & Phillips LLP**
151. N. Franklin Street, Suite 2600
Chicago, IL 60606
Tel: 312-529-6300
Email: pheeringa@manatt.com

*Counsel for Defendant*
*Firstsource Solutions USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, the foregoing was filed via the Court's electronic filing system, which will automatically send notice of such filing to all counsel of record.

/s/ Casey L. Hinkle
*Counsel for Defendant*
*Firstsource Solutions USA, LLC*

2