UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARSHALL MCCLAIN,<br>      Plaintiff,<br>v.<br><br>FIRSTSOURCE SOLUTIONS USA, LLC<br>and MANATEE MEMORIAL HOSPITAL,<br>LIMITED PARTNERSHIP,<br>      Defendants. | )<br>)<br>) Civil Action No.: 3:25-cv-150-DJH<br>)<br>)<br>)<br>)<br>) |

**ORDER DISMISSING PLAINTIFF'S FIRST AMENDED**
**COMPLAINT WITH PREJUDICE**

Defendant, Manatee Memorial Hospital, Limited Partnership ("Manatee") has moved the Court to dismiss Plaintiff Marshall McClain's First Amended Complaint [D.E. 22, 31] under Fed. R. Civ. P. 12(b)(6). It appearing to the Court, as evidenced by the First Amended Complaint and the arguments in the briefs, that the claims against Manatee should be dismissed with prejudice,

IT IS HEREBY ORDERED, that Plaintiff's First Amended Complaint against Manatee is hereby DISMISSED WITH PREJUDICE.