IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff<br><br>vs.<br><br>FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP<br><br>       Defendants. | Case No. 3:25-cv-00150 |

**ORDER GRANTING**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter having come before the Court on the Unopposed Motion of Plaintiff Marshall McClain for an Extension of Time to File a Response to the Defendants' Motions to Dismiss (ECF 29, 31) through and including July 23, 2025; the Court being sufficiently advised, IT IS HEREBY ORDERED that McClain's Unopposed Motion for an Extension of Time is GRANTED, and McClain is granted an extension of time to file a Response to the Motions to Dismiss through and including July 23, 2025.

July 2, 2025

David J. Hale, Judge
United States District Court