# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | | |
|---|---|---|
| MARSHALL MCCLAIN, *on behalf of himself and others similarly situated*, | ) ) ) ) ) | Civil Action No.: |
| Plaintiff, | ) ) | 3:25-cv-00150 |
| v. | ) ) ) | |
| FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED ORDER DENYING]**
**DEFENDANT FIRSTSOURCE SOLUTIONS USA, LLC'S MOTION TO DISMISS AND DEFENDANT MANATEE MEMORIAL HOSPITAL'S JOINDER**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendants' Motions to Dismiss are hereby DENIED.

*BY THE COURT:*

_____

, J.

1