UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FIRSTSOURCE SOLUTIONS USA, LLC, and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP<br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:25-cv-150-DJH<br>)<br>) |

**DEFENDANT MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP'S <u>UNOPPOSED</u> MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN FURTHER SUPPORT OF <u>THE DEFENDANTS' MOTION TO DISMISS</u>**

Defendant Manatee Memorial Hospital, Limited Partnership ("Manatee"), by and through the undersigned counsel, hereby files this Unopposed Motion for an Extension of Time to File a Reply in further support of Defendants' Motion to Dismiss for Failure to State a Claim [DN 29, 31] and in response to Plaintiff Marshall McClain's ("Mr. McClain") Opposition to same [DN 34], until and including August 27, 2025. As grounds therefore, Manatee states as follows:

1. The current deadline for Manatee's Reply in further support of its Motion to Dismiss is August 7, 2025.

2. Undersigned counsel contacted Mr. McClain's counsel to discuss the possibility of a twenty-day (20) extension of time for Manatee to file its reply.

3. Due to a busy schedule, counsel will not be able to prepare a timely Response to Mr. McClain's Opposition. Thus, Manatee desires an extension of time so that it may further evaluate Mr. McClain's arguments and prepare an appropriate response to Plaintiff's Opposition and in further support of Defendants' Motion.

1

4. Mr. McClain's counsel advised that he consented to and has no objection to an extension of time for Manatee to file a Response up to and including August 27, 2025.

5. This extension will not and does not prejudice the parties or otherwise interfere with any dates set by the Court.

WHEREFORE, Manatee respectfully requests that this Court grant its Unopposed Motion for an Extension of Time to serve a Reply to Mr. McClain's Opposition until and including August 27, 2025. A tendered Order is submitted herewith.

Respectfully submitted,

/s/ *Natalie L. Whitt*
Joseph N. Tucker
Natalie L. Whitt
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300 (Phone)
(502) 585-2207 (Fax)
joseph.tucker@dinsmore.com
Natalie.whitt@dinsmore.com
*Counsel for the Defendant Manatee Memorial Hospital, Limited Partnership*

## CERTIFICATE OF SERVICE

It is hereby certified that I electronically filed the foregoing via the CM/ECF System on July 25, 2025, which will automatically send notification of such filing and service of said document to all parties through their counsel of record.

/s/ *Natalie L. Whitt*
*Counsel for the Defendant Manatee Memorial Hospital, Limited Partnership*