UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated<br>       Plaintiff,<br><br>v.<br><br>FIRSTSOURCE SOLUTIONS USA, LLC, and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP<br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:25-cv-150-DJH<br>)<br>)<br>) |

**PROPOSED ORDER ON DEFENDANT MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP'S <u>UNOPPOSED</u> MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN FURTHER SUPPORT OF <u>THE DEFENDANTS' MOTION TO DISMISS</u>**

This matter having come before the Court on the Unopposed Motion of Defendant Manatee Memorial Hospital, Limited Partnership ("Manatee") for an Extension of Time to File a Reply in further support of the Defendants' Motion to Dismiss and in response to Plaintiff Marshall McClain's ("Mr. McClain") Opposition of same, until and including August 27, 2025, and the Court being sufficiently advised, **IT IS HEREBY ORDERED** that Manatee's Unopposed Motion for an Extension of Time is **GRANTED**, and Manatee is granted an extension of time to file a Reply until and including August 27, 2025.

This _____ day of July 2025.