UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP,**<br><br>       **Defendants.** | **Case No. 3:25-cv-00150-DJH** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

  Defendant Firstsource Solutions USA, LLC, with the consent of Plaintiff Marshall McClain, respectfully requests an extension of time to August 20, 2025 to file its reply brief in further support of its Motion to Dismiss Plaintiff's First Amended Complaint (DN 29). The additional time is required due to personal and professional obligations of Defendant's counsel.

Dated: July 25, 2025

Respectfully submitted,

/s/ Casey L. Hinkle
Casey L. Hinkle
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Fl.
Louisville, KY 40202
Tel:    (502) 416-1630
Email: chinkle@kaplanjohnsonlaw.com

A. Paul Heeringa (admitted *PHV*)
**Manatt, Phelps & Phillips LLP**
151. N. Franklin Street, Suite 2600
Chicago, IL 60606
Tel: 312-529-6300
Email: pheeringa@manatt.com

*Counsel for Defendant*
*Firstsource Solutions USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, the foregoing was filed via the Court's electronic filing system, which will automatically send notice of such filing to all counsel of record.

/s/ Casey L. Hinkle
*Counsel for Defendant*
*Firstsource Solutions USA, LLC*