UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>v.<br><br>**FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP,**<br><br>　　　　　　　　　　**Defendants.** | Case No. 3:25-cv-00150-DJH |

**[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Firstsource Solutions USA, LLC has filed an unopposed motion for an extension of time to file a reply brief in further support of its Motion to Dismiss Plaintiff's First Amended Complaint (DN 29). The Court being sufficiently advised, it is hereby ORDERED that the motion is GRANTED and Defendant is granted an extension of time up to and including August 20, 2025 to file its reply brief.

Tendered by:

/s/ Casey L. Hinkle
Casey L. Hinkle
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Fl.
Louisville, KY 40202
Tel:     (502) 416-1630
Email:  chinkle@kaplanjohnsonlaw.com


A. Paul Heeringa (admitted *PHV*)
**Manatt, Phelps & Phillips LLP**
151. N. Franklin Street, Suite 2600
Chicago, IL 60606
Tel: 312-529-6300
Email: pheeringa@manatt.com

*Counsel for Defendant*
*Firstsource Solutions USA, LLC*