UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARSHALL MCCLAIN, )<br>   Plaintiff, )<br>v. )<br>   )<br>FIRSTSOURCE SOLUTIONS USA, LLC )<br>and MANATEE MEMORIAL HOSPITAL, )<br>LIMITED PARTNERSHIP, )<br>   Defendants. ) | Civil Action No.: 3:25-cv-150-DJH |

**DEFENDANT MANATEE MEMORIAL HOSPITAL'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, AND JOINDER IN CO-DEFENDANT FIRSTSOURCE'S MEMORANDUM OF LAW IN SUPPORT**

Defendant, Manatee Memorial Hospital, Limited Partnership ("Manatee"), by counsel, and pursuant to Rule 12(b)(6), Fed. R. Civ. P., hereby files its Reply In Support of Its Motion to Dismiss the Plaintiff Marshall McClain's ("Mr. McClain") First Amended Complaint (D.E. 22) with prejudice, for failure to state a claim upon which relief may be granted.

As grounds therefore, and to preserve both litigation and judicial resources, Manatee joins in and adopts Defendant Firstsource Solutions USA, LLC's ("Firstsource") Reply in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint (D.E. 39), as Manatee's own Reply in Support of its Motion to Dismiss Manatee for failure to state a claim.

WHEREFORE, for the reasons stated in Firstsource's Reply in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint that Manatee has adopted, Manatee respectfully requests that the Court dismiss Mr. McClain's First Amended Complaint with prejudice, and further requests that the Court grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Joseph N. Tucker*
Joseph N. Tucker

Natalie D. Whitt
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300 (Phone)
(502) 585-2207 (Fax)
joseph.tucker@dinsmore.com
Natalie.whitt@dinsmore.com
*Counsel for Manatee Memorial Hospital,*
*Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, via CM/ECF, on this 22nd day of August, 2025, which will automatically send notification of such filing and service of said document to all parties through their counsel of record.

*/s/ Joseph N. Tucker*
*Counsel for Manatee Memorial Hospital,*
*Limited Partnership*