**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP,**<br><br>**Defendants.** | **Case No. 3:25-cv-00150-DJH** |

## <u>APPEARANCE FOR A. PAUL HEERINGA FOR DEFENDANT</u>

The undersigned counsel hereby respectfully submits his appearance on behalf of the Defendant, Manatee Memorial Hospital, Limited Partnership, in the above-captioned matter.

Dated: March 25, 2026

Respectfully submitted,

By: /s/A. Paul Heeringa
A. Paul Heeringa (admitted *pro hac vice*)
**Manatt, Phelps & Phillips LLP**
151. N. Franklin Street, Suite 2600
Chicago, IL 60606
Tel: 312-529-6300
Email: pheeringa@manatt.com

Casey L. Hinkle
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Fl.
Louisville, KY 40202
Tel:    (502) 416-1630
Email:  chinkle@kaplanjohnsonlaw.com

*Counsel for Defendant*
*Manatee    Memorial    Hospital,    Limited*
*Partnership*

## CERTIFICATE OF SERVICE

I certify that, on March 25, 2026, a copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/  A. Paul Heeringa
A.  Paul Heeringa