**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

|  |  |
|---|---|
| **MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP,**<br><br>**Defendants.** | **Case No. 3:25-cv-00150-DJH-RSE** |

## NOTICE OF APPEARANCE

The undersigned counsel hereby respectfully submits her appearance on behalf of Defendant, Manatee Memorial Hospital, Limited Partnership, in the above-captioned matter.

Dated: March 25, 2026

Respectfully submitted,

/s/ Casey L. Hinkle
Casey L. Hinkle
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Fl.
Louisville, KY 40202
Tel:    (502) 416-1630
Email: chinkle@kaplanjohnsonlaw.com

*Counsel for Defendants*
*Firstsource Solutions USA, LLC and*
*Manatee Memorial Hospital, Limited*
*Partnership*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2026, the foregoing was filed via the Court's electronic filing system, which will automatically send notice of such filing to all counsel of record.

/s/ Casey L. Hinkle
*Counsel for Defendants*