UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MARSHALL MCCLAIN, | ) |
|                 Plaintiff, | ) |
| v. | ) Civil Action No.: 3:25-cv-150-DJH |
| | ) |
| FIRSTSOURCE SOLUTIONS USA, LLC | ) |
| and MANATEE MEMORIAL HOSPITAL, | ) |
| LIMITED PARTNERSHIP, | ) |
|                 Defendants. | ) |

## NATALIE WHITT'S NOTICE OF WITHDRAWAL AS COUNSEL
## FOR MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP

Attorney Natalie Whitt and the law firm of Dinsmore & Shohl LLP, hereby gives notice to this Court, pursuant to Local Rule 83.6(b), that they are withdrawing as counsel for Manatee Memorial Hospital, Limited Partnership ("Manatee") in the above-captioned matter, as Manatee has retained new counsel.

Attorney A. Paul Heeringa, with Manatt, Phelps & Phillipps, LLP, and Casey L. Hinkle, with Kaplan Johnson Abate & Bird LLP, have filed their Notices of Appearance for Manatee [D.E. 43 and 44] and will remain as counsel of record for Manatee after Ms. Whitt and Dinsmore's withdrawal.

This notice is made with Manatee's consent and approval and Manatee has been notified of this withdrawal. Ms. Whitt and Dinsmore's withdrawal will not affect any deadlines or cause any delay in this matter.

WHEREFORE, Dinsmore & Shohl LLP and Natalie Whitt respectfully submits this notice to the Court, withdrawing as counsel for Manatee Memorial Hospital, Limited Partnership.

Respectfully submitted,

*/s/ Natalie Whitt*
Joseph N. Tucker
Natalie Whitt
DINSMORE & SHOHL LLP

101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300 (Phone)
(502) 585-2207 (Fax)
joseph.tucker@dinsmore.com
Natalie.whitt@dinsmore.com
*Former Counsel for Manatee Memorial Hospital,*
*Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, via CM/ECF, on this 26th day of March, 2026, which will automatically send notification of such filing and service of said document to all parties through their counsel of record.

*/s/ Natalie Whitt*
*Former Counsel for Manatee Memorial*
*Hospital, Limited Partnership*