**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| MARSHALL McCLAIN, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP, <br><br> Defendants. | Case No. 3:25-cv-00150-DJH |

**AGREED ORDER FOR EXTENSION OF**
**TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**

The parties, through their undersigned counsel, have agreed to a 14-day extension of Defendants Firstsource Solutions USA, LLC's and Manatee Memorial Hospital LP's respective deadlines to file their answer and affirmative defenses to Plaintiff's First Amended Complaint [Dkt. 22] in the above-referenced matter.

The Court being otherwise sufficiently advised, it is hereby ORDERED that Defendants Firstsource Solutions USA, LLC and Manatee Memorial Hospital LP shall each have up to and including April 15, 2026 to file their answer and affirmative defenses to the First Amended Complaint.

HAVE SEEN AND AGREED:

/s/ Anthony I. Paronich (with permission)    /s/ A. Paul Heeringa

Anthony I. Paronich (admitted *pro hac vice*)    A. Paul Heeringa (admitted *pro hac vice*)
Paronich Law, P.C.    Manatt, Phelps & Phillips LLP
350 Lincoln Street, Suite 2400    151. N. Franklin Street, Suite 2600
Hingham, MA 02043    Chicago, IL 60606
[o] (617) 485-0018    Tel: 312-529-6300
[f] (508) 318-8100    Email: pheeringa@manatt.com
anthony@paronichlaw.com

*Counsel for Plaintiff*    *Counsel for Defendants Firstsource*
*Solutions USA, LLC and Manatee Memorial*
*Hospital, Limited Partnership*


**CERTIFICATE OF SERVICE**


I hereby certify that on March 30, 2026, the foregoing was filed via the Court's electronic

filing system, which will automatically send notice of such filing to all counsel of record.


/s/ A. Paul Heeringa
*Counsel for Defendant*

2