**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| MARSHALL McCLAIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP,<br><br>      Defendants. | Case No. 3:25-cv-00150-DJH |

**AGREED ORDER FOR EXTENSION OF**
**TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**

The parties, through their undersigned counsel, have agreed to a 14-day extension of Defendants Firstsource Solutions USA, LLC's and Manatee Memorial Hospital LP's respective deadlines to file their answer and affirmative defenses to Plaintiff's First Amended Complaint [Dkt. 22] in the above-referenced matter.

The Court being otherwise sufficiently advised, it is hereby ORDERED that Defendants Firstsource Solutions USA, LLC and Manatee Memorial Hospital LP shall each have up to and including April 15, 2026 to file their answer and affirmative defenses to the First Amended Complaint.

HAVE SEEN AND AGREED:

/s/ Anthony I. Paronich (with permission)

Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/ A. Paul Heeringa

A. Paul Heeringa (admitted *pro hac vice*)
Manatt, Phelps & Phillips LLP
151. N. Franklin Street, Suite 2600
Chicago, IL 60606
Tel: 312-529-6300
Email: pheeringa@manatt.com

*Counsel for Defendants Firstsource Solutions USA, LLC and Manatee Memorial Hospital, Limited Partnership*