**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

|  |  |
|---|---|
| MARSHALL MCCLAIN, individually and on behalf of a class of all persons and entities similarly situated,<br><br>          **Plaintiff,**<br><br>**v.**<br><br>FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP,<br><br>          **Defendants.** | **Case No. 3:25-cv-00150-DJH-RSE** |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' JOINT MOTION TO CERTIFY THIS COURT'S MARCH 18, 2026**
**ORDER [DKT. 41] FOR AN INTERLOCUTORY APPEAL AND TO STAY**

Defendants Firstsource Solutions USA, LLC and Manatee Memorial Hospital, L.P. (collectively, "Defendants") have filed a motion, pursuant to 28 U.S.C. § 1292(b), seeking certification of this Court's March 18, 2026 Memorandum and Order (Dkt. 41, the "Order") denying Defendants' Motions to Dismiss for an interlocutory appeal, and for a stay of these proceedings. The Court being sufficiently advised, it is hereby ORDERED that the motion is GRANTED.

The Court hereby amends and certifies its Order for interlocutory appeal in accordance with 28 U.S.C. § 1292(b), and finds, and is of the opinion, that the Order involves one or more controlling questions of law as to which there is substantial grounds for difference of opinion and an immediate appeal from the Order may materially advance the ultimate termination of the above-captioned litigation. This case is also STAYED during the pendency and until the conclusion of the appellate proceedings. The parties are to prompt advise when the appellate proceedings are concluded.

Tendered by:

/s/A. Paul Heeringa

A. Paul Heeringa (admitted *pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin Street, Suite 2600
Chicago, IL 60606
Telephone: (312) 529-6300
Email: pheeringa@manatt.com

Casey L. Hinkle
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main St., 4th Fl.
Louisville, KY 40202
Telephone: (502) 416-1630
Email: chinkle@kaplanjohnsonlaw.com

*Counsel for Defendants*