**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Western District of Kentucky

## Notice of Electronic Filing

The following transaction was entered on 4/10/2026 at 10:10 AM EDT and filed on 4/10/2026

**Case Name:**        McClain v. Firstsource Solutions USA, LLC et al
**Case Number:**      3:25-cv-00150-DJH-RSE
**Filer:**
**Document Number:** 49(No document attached)

**Docket Text:**
**Invoice Pro Hac Vice Renewal Fee - This Court entered General Order 23-11 on July 14, 2023, regarding pro hac vice admission. Lawyers admitted pro hac vice must pay an annual, per case renewal fee of $150.00 until the within action is either concluded or the attorney has withdrawn, whichever is earlier. Failure to pay the renewal fee within forty-five (45) days of the date of this Notice will result in the attorney being suspended from appearing in any action in front of this Court. A Notice of Pro Hac Vice Renewal Payment must be electronically filed in the within action at the time of payment, using the event Pro Hac Vice Renewal Payment. If you have any questions, please contact the District Court Clerk's Office at PHV@kywd.uscourts.gov re [10] Order on Motion to Appear Pro Hac Vice - Andrew Roman Perrong.**

**This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.**

**(KJA)**

**3:25-cv-00150-DJH-RSE Notice has been electronically mailed to:**

Joseph N. Tucker (Terminated)      joseph.tucker@dinsmore.com, Maggie.Colston@dinsmore.com

Casey L. Hinkle      chinkle@kaplanjohnsonlaw.com, casey-hinkle-1883@ecf.pacerpro.com, mhauserlamb@kaplanjohnsonlaw.com

Natalie L. Whitt (Terminated)      natalie.whitt@dinsmore.com, Evelyn.anderson@dinsmore.com

Andrew Roman Perrong      a@perronglaw.com, perronglaw@recap.email

Anthony Paronich      anthony@paronichlaw.com

Paul Heeringa      pheeringa@manatt.com

**3:25-cv-00150-DJH-RSE Notice will not be electronically mailed to.:**