**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | | |
|---|---|---|
| MARSHALL MCCLAIN, *on behalf of himself and others similarly situated,* | ) ) ) ) | Civil Action No.: |
| Plaintiff, | ) ) ) | 3:25-cv-00150 |
| v. | ) ) ) | |
| FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP | ) ) ) ) | |
| Defendants. | ) ) ) | |

**PROPOSED ORDER**

This matter is before the Court on Defendants' Motion for Interlocutory Appeal and to Stay Pending Appeal. Having considered the motion, Plaintiff's response, the record, and the applicable law, the Court finds that Defendants have not satisfied the requirements for certification under 28 U.S.C. § 1292(b). Defendants have not identified a controlling question of law appropriate for interlocutory review. The Court's prior Order applied settled TCPA, agency, and Rule 12(b)(6) principles to the allegations in the First Amended Complaint. Defendants' proposed appeal would require review of the case-specific allegations and the Court's application of settled law to those pleaded facts, rather than resolution of a pure legal question.

The Court further finds that Defendants have not shown a substantial ground for difference of opinion. The standards governing direct TCPA liability, vicarious TCPA liability, common-law agency principles, and pleading sufficiency are sufficiently established. Disagreement with the Court's application of those standards to the facts alleged does not

1

warrant interlocutory certification.

Nor have Defendants shown that an immediate appeal would materially advance the ultimate termination of this litigation. At most, the proposed appeal would revisit the sufficiency of Plaintiff's pleadings as to the surviving claims. That is insufficient to justify departure from the final judgment rule.

Because certification is unwarranted, Defendants' request for a stay pending appeal is likewise denied. The Court also finds that a stay would not be appropriate in any event, as continued delay would prejudice Plaintiff and the putative class, and Defendants have not shown hardship beyond the ordinary burdens of litigation.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Interlocutory Appeal and to Stay Pending Appeal is DENIED.

IT IS SO ORDERED.

Date: _____

_____

UNITED STATES DISTRICT JUDGE