**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| MARSHALL MCCLAIN, *on behalf of himself and others similarly situated*,  ) <br> ) <br> ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> FIRSTSOURCE SOLUTIONS USA, LLC  ) <br> and MANATEE MEMORIAL HOSPITAL,  ) <br> LIMITED PARTNERSHIP  ) <br> ) <br> Defendants.  ) <br> ) | Civil Action No.: 3:25-cv-00150 |

**NOTICE OF PRO HAC VICE RENEWAL PAYMENT**

Pursuant to General Order 23-11 and the Court's Notice regarding *pro hac vice* renewal, undersigned counsel Anthony Paronich hereby notifies the Court that the required annual pro hac vice renewal fee is being paid.

Dated: June 10, 2026

PLAINTIFF, on behalf of himself
and others similarly situated,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff and the putative class*

1