**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| MARSHALL MCCLAIN, on behalf of himself and other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FIRSTSOURCE SOLUTIONS USA, LLC and MANATEE MEMORIAL HOSPITAL, LIMITED PARTNERSHIP<br><br>    Defendants. | Civil Action No. 3:25-cv-00150 |

## <u>NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY</u>

Plaintiff Marshall McClain ("Plaintiff") and Defendants Firstsource Solutions USA, LLC and Manatee Memorial Hospital LP (together "Defendants" and collectively with Plaintiff, the "Parties"), with Defendants' notice and permission, hereby respectfully inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal in this regard, dismissing the entire case, will be filed in the next sixty (60) days. In the meantime, so that the Parties can finalize their resolution without incurring litigation expenses or burdening the Court or its resources, the Parties joint and respectfully request that the Court vacate all pending case deadlines and temporarily stay the case, and that the Court retain jurisdiction, so that the Parties can finalize their resolution and submit dismissals.

Dated: August 6, 2026

Respectfully submitted,

By: */s/ Anthony I. Paronich*
Anthony I. Paronich

Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, hereby certify that on August 6, 2026, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Anthony I. Paronich*

Anthony I. Paronich